# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Brandon Louis Whitley  
              Debtor(s)

BK NO. 24-02934 MJC

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Colonial Savings, F.A. and index same on the master mailing list.

       Respectfully submitted,

/s/ *Brent J. Lemon*  
Brent Lemon  
23 Dec 2024, 14:07:14, EST

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
215-627-1322