UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRANDON LOUIS WHITLEY

          Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
          Movant

vs.

BRANDON LOUIS WHITLEY

CASE NO: 4-24-02934-MJC

          Respondent(s)

# WITHDRAWAL OF MOTION TO DISMISS CASE

AND NOW, on December 30, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and requests that the Motion to Dismiss filed on November 19, 2024 be withdrawn. The Trustee's concerns have been satisfied.

Dated: December 30, 2024

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRANDON LOUIS WHITLEY

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

BRANDON LOUIS WHITLEY

Respondent(s)

CHAPTER 13

CASE NO: 4-24-02934-MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 30, 2024, I served a copy of this Withdrawal on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically


OFFICE OF THE UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA  17102


Served by First Class Mail
BRANDON LOUIS WHITLEY
4316 PINE MOUNTAIN RD
JERSEY SHORE  PA  17740

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 30, 2024

/s/ Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone: (717) 566-6097
email: info@pamd13trustee.com