| In re: | Case No. 24-02934-MJC |
|---|---|
| Brandon Louis Whitley | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 2

Date Rcvd: Jan 07, 2025      Form ID: pdf010      Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brandon Louis Whitley, 4316 Pine Mountain Rd, Jersey Shore, PA 17740-7214 |
| 5671318 | + | ATT-DirectTV, PO Box 3014, Carol Stream, IL 60132-3014 |
| 5671323 | + | Brightway One Main, PO Box 59, Evansville, IN 47701-0059 |
| 5671314 | | Colonial, PO Box 2988, Fort Worth, TX 76113-2988 |
| 5671317 | + | Crawford Township Authority-Water, 36 Lois Ln, Jersey Shore, PA 17740-7231 |
| 5671322 | + | Ingram Fuels, PO Box 185, Lamar, PA 16848-0185 |
| 5671316 | | PPL, PO Box 419054, St Louis, MO 63141-9054 |
| 5671321 | | Pure Talk, 11100 Alcovy Rd, Covington, GA 30014-6406 |
| 5671319 | | State Farm, 130 E 3rd St, Williamsport, PA 17701-6623 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5677213 | | Email/PDF: bncnotices@becket-lee.com | Jan 07 2025 18:54:24 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5670701 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2025 18:54:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5669411 | + | Email/PDF: cbp@omf.com | Jan 07 2025 18:54:22 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 5671316 | ^ | MEBN | Jan 07 2025 18:46:29 | PPL, PO Box 419054, St Louis, MO 63141-9054 |
| 5671315 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 07 2025 18:46:00 | Verizon, PO Box 16810, Newark, NJ 07101-6810 |
| 5671320 | + | Email/Text: documentfiling@lciinc.com | Jan 07 2025 18:46:00 | Xfinity, 1952 E 3rd St, Williamsport, PA 17701-3902 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brent J Lemon | on behalf of Creditor COLONIAL SAVINGS F.A. blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Brandon Louis Whitley,

**Debtor 1**

Chapter 13

Case No. 4:24−bk−02934−MJC

## Notice

Notice is hereby given that:

The previously scheduled 341 meeting of creditors for Debtor 1 has been continued to:

| Location: Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885 | **Date:** February 10, 2025 <br> **Time:** 10:30 AM |
|---|---|

For additional meeting information go to https://www.justice.gov/ust/moc

| **Address of the Bankruptcy Clerk's Office:** <br> 197 S Main St, Wilkes−Barre, PA 18701 <br> 570−831−2500 | **For the Court:** <br> Seth F. Eisenberg <br> Clerk of the Bankruptcy Court: <br> By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 7, 2025 |

ntcon341(08/23)