United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 24-02934-MJC
Brandon Louis Whitley  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 2
Date Rcvd: Jan 21, 2025     Form ID: pdf010     Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brandon Louis Whitley, 4316 Pine Mountain Rd, Jersey Shore, PA 17740-7214 |
| 5671318 | + | ATT-DirectTV, PO Box 3014, Carol Stream, IL 60132-3014 |
| 5671323 | + | Brightway One Main, PO Box 59, Evansville, IN 47701-0059 |
| 5671314 | | Colonial, PO Box 2988, Fort Worth, TX 76113-2988 |
| 5671317 | + | Crawford Township Authority-Water, 36 Lois Ln, Jersey Shore, PA 17740-7231 |
| 5671322 | + | Ingram Fuels, PO Box 185, Lamar, PA 16848-0185 |
| 5671316 | | PPL, PO Box 419054, St Louis, MO 63141-9054 |
| 5671321 | | Pure Talk, 11100 Alcovy Rd, Covington, GA 30014-6406 |
| 5671319 | | State Farm, 130 E 3rd St, Williamsport, PA 17701-6623 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5677213 | | Email/PDF: bncnotices@becket-lee.com | Jan 21 2025 19:36:56 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5682336 | + | Email/Text: bankruptcydesk@colonialsavings.com | Jan 21 2025 19:16:00 | Colonial Savings F.A., 2626 West Freeway, Fort Worth, TX 76102-7109 |
| 5682665 | | Email/Text: BNCnotices@dcmservices.com | Jan 21 2025 19:16:00 | GEISINGER, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5682447 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 21 2025 19:16:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 5670701 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2025 19:26:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5669411 | + | Email/PDF: cbp@omf.com | Jan 21 2025 19:24:46 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 5671316 | ^ | MEBN | Jan 21 2025 19:12:53 | PPL, PO Box 419054, St Louis, MO 63141-9054 |
| 5671315 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 21 2025 19:16:00 | Verizon, PO Box 16810, Newark, NJ 07101-6810 |
| 5671320 | + | Email/Text: documentfiling@lciinc.com | Jan 21 2025 19:16:00 | Xfinity, 1952 E 3rd St, Williamsport, PA 17701-3902 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor COLONIAL SAVINGS  F.A. blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Brandon Louis Whitley,

            Debtor 1

Chapter: 13
Case No.: 4:24−bk−02934−MJC

## ORDER DISMISSING CASE

It appearing that the above named Debtor has failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

B 122C-1 - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

B 122C-2 - Chapter 13 Calculation of Your Disposal Income

Schedules A-F

Schedules I-J

Statement of Financial Affairs

Employee Income Records or Certificate of No Payment Advices

     **IT IS HEREBY, ORDERED** that the case of the above named Debtor be and is hereby dismissed. The Trustee hereby is discharged from further responsibility in this case, and it is further

     **ORDERED** that all pending actions in this case are hereby dismissed.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 20, 2025